1
Al Lustgarten,Bar # 189503
Lustgarten Law
30851 Agoura Rd # 114
2
Agoura Hills, Ca 91301
Phone; 818-907-5866    Fax 818-461-5959
3
Attorney for Plaintiff

4
UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
5

6
J&J SPORTS PRODUCTIONS, INC,                  )
                                              )
7
        Plaintiff,          vs.               )   Case No.:  2:13-CV-03118-WDK-PLA
                                              )
8
MIGUEL GONZALEZ, et al,                       )   **RENEWAL OF JUDGMENT  BY CLERK**
                                              )
9
        Defendant,                            )
                                              )
10

 Based upon the application for renewal of the judgment of the original judgment, and pursuant to
11
F.R.C.P. 69(a) and C.C.P. §683.110 through §683.320, and for good cause appearing therefore,
12
    Judgment in favor of Plaintiff, J&J Sports Productions, Inc, and against Defendant Miguel Gonzalez,
13
individually and d/b/a Antojitos Mexicanos La Ribera entered on September 9, 2014, be and the same is
14
hereby renewed in the amounts as set forth below:
15
        Renewal of money judgment
16
            a.  Total judgment                    $   3,830.00
17
            b.  Costs and fees after judgment      $       0.00
18
            c.  Subtotal *(add a and b)*           $   3,830.00
19
            d.  Credits                            $       0.00
20
            e.  Subtotal *(subtract d from c)*     $   3,830.00
21
            f.   Interest after judgment (.10%)     $      35.55
22
            g.  Fee for filing renewal of application     $      0.00
23
            **h.**  Total renewed judgment (add e, f and g)  $ **3,865.75**
24

25
Dated: June 6, 2024                    CLERK, by Deputy _Sharon Hall Brown_____
26

27

28

Renewal of Judgment